IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Paul B. McKenna and Andriana Mckenna<br>        Debtor | : Bankruptcy No. 21-11410-PMM<br>: Chapter 13<br>:<br>: |
| The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc.<br>        Movant<br>        vs.<br>Paul B. McKenna and Andriana Mckenna<br>        Debtor/Respondent<br>        and<br>Scott F. Waterman, Esquire<br>        Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this  6th  day of    July            , 2021, upon the Motion of Movant, The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc., it is hereby:

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with premises, 12 East Center Street, Midland Park, NJ 07432.

FURTHER ORDERED THAT: Rule 4001 (a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge