# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Andriana and Paul McKenna,** | : | |
| Debtors. | : | Case No. 21-11410 (PMM) |

## ORDER

**AND NOW**, upon consideration of the Debtors' Motion to Convert Case to Chapter 13 (doc. #106, the "Motion") and the chapter 7 Trustee's Objection thereto (doc. #112);

AND a hearing with regard to the Motion having been held and concluded on February 4, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 2/4/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**